Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Winfred HOWARD
and
Joslynn Tonsha HOWARD

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

NAVY FEDERAL Credit Union
Merryfield, VA

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.  1:22 CV 954
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☒ Yes  ☐ No

2022 AUG 19  P 2: 34

FILED

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                      Winfred HOWARD & Joslynn Tonsha HOWARD
Street Address            Nomad/ Homeless
City and County
State and Zip Code
Telephone Number          Winfred.Howard@VERIZON.Net
E-mail Address            703-244-6469 / 703-244-6491

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Defendant No. 2**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Defendant No. 3**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Defendant No. 4**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

We Need these peoples Supeana to Court

1. Marie McDonnell
2 Henry Mc Laughlin
3. JoN AherN
4. MR. Donlean
5. ~~Long and Fores~~
5. Century 21 Agent
Mrs. Gurdeep

Please See Attached Letter August 19, 2022 and Attached Supporting documentations

Joshpa Howul
aug 19, 2022

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Please Court Speedy Trial by Jury Due to Homelessness_

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____ is incorporated under the laws of the State of *(name)* _____
and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _____

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

August 19, 2022

FILED

United States Federal Eastern District Courts

Alexandria, Virginia

2022 AUG 19  P 2: 35

Plaintiff: Winfred Howard and Joslynn Tonjua Howard   vs.  Defendant: Navy Federal Credit Union (NFCU)

Honorable Federal Courts

Enclosed are documentations of Navy Federal Credit Union sharecropper mortgage loan.  On June 30, 2003 mortgage loan certification of satisfaction for May 2019 of a forced foreclosure sale. NFCU has an sharecropper loan mortgage system that has implemented the Jim Crow Laws and Slavery Law of sharecropper loan system in violations of the United State Constitution and the United States Eastern Bankruptcy Courts that is governed by the United State Justice Department has allowed these Jim Crow Laws and Black Code Law of slavery to be reinstated causing our Constitutionals Rights, Civil Liberties and Emancipation violations. We have been bankruptcy since 2006 and continue to return due to NFCU sharecropper mortgage loan system that is outlined in the August 24, 2014 bankruptcy court orders of Judge Kenny at the Eastern District Bankruptcy Courts in Alexandria Virginia. In 2017 NFCU employees testified under oath that NFCU mortgage loan system was still broken when asked by the judge pertaining to the return escrow.  The bankruptcy court transcripts of NFCU attorney Mr. Donlean informing the courts NFCU had lied in the August 24, 2014 bankruptcy case and was lying again in the 2016/2017 bankruptcy case; which records and enclosed documentation will confirm that NFCU sharecropper mortgage loan system has enacted and reinstated slavery law and black code laws Enclosed is the foreclosure payoff from NFCU attorney Mr. Ahern/Commonwealth Asset Services. Enclosed is the payoff from NFCU in Merrifield, Virginia.  We are asking the courts to grant a trial by jury with tort and treble damages and to get our home 7251 Whitler Creek Drive, Springfield, VA 22152 of 22 year back that was a safe place for Desert Storm War Veteran Winfred Howard that is a 100 percent totally and permanent disable war veteran. Due to the fraud foreclosure sale we are homeless and living in nomad status with no safe haven and we are asking the court to assist in getting the United Nations for the needs and to assist Joslynn Tonjua Howard due to her disabilities and her indigenous native of Indigenous America/Indian beliefs as well as Peonage in other Virginia Courts due to the sharecropper mortgage loan of NFCU.  We are asking the federal court to  please investigate and assist in seeking the Veteran Administration to intervene for Winfred Howard under the Vietnam readjustment Act as well as intervene before Winfred Howard  under desperation enter into another sharecropper loan .  We asking the federal courts to please investigate our entire bankruptcy court records for fraud and embezzlement. WE are living in great fears and have suffered life threatening harms. WE have written to Senators and Congress for assistance and we are being threatened. We need safe haven NOW for our entire family therefore we need United Nations intervention NOW.  We have no permanent address therefore we must have the courts and all requested assistance from all agencies to please contact us through email at Winfred.howard@verizon.net and our cell number 703-244-6469 and 703-244-6491; we are living for 2 weeks a hotel at Marriott Hotel/Courts in Springfield, VA

across the street from NFCU on Brandon Street in Springfield VA and it too expensive but due to Mr. Howards medical disabilities of TBI due to a scud missile; splatted blood on face causing PTSD; stress induced life threatening seizures that stops him from breathing that can be confirmed by the Springfield Fire Department and Inova Health Plex and Mr. Howard heart failure and breathing respiratory we are in great fear of him dying.  Therefore we need shelter NOW with the assistance of the Veterans Administration.

Sincerely

Winifred Howard and Joslynn Howard



July 02, 2019


Winfred Howard
Joslynn Howard
7251 Whitlers Creek Drive
Springfield VA 22152

                                    RE: Loan No.8010554825
                                        Payoff Date: 05-22-19
                                        Property Address:
                                        7251 Whitlers Creek
                                        Springfield VA 22152


Dear Member(s):

The above-referenced loan is paid in full. Enclosed please find
the Recorded Release, also known as the Satisfaction of Mortgage or Deed
of Reconveyance. Please retain this document for your records.

If you have any questions, please call us toll-free at 1-888-842-6328.
Representatives are available to assist you Monday through Saturday
between 7:00 am and 12:00 am and Sunday between 12:00 pm and 12:00 am,
Eastern Time.


Sincerely,


Mortgage Account Servicing
Navy Federal Credit Union


Federally insured by NCUA.
2018 Navy Federal NFCU 40165-MO-LR002 (9-18)

## Certificate of Satisfaction

Place of Record: Fairfax County, Virginia , Circuit Court

Date of Note/Deed of Trust: June 25, 2003

Face Amount Secured/Face Amount of Note: $235000.00

Recording Date: June 30, 2003

Deed Book 14673 Page 0996 Instrument Number 2003022226.003

Names(s) of Grantor(s)/Maker(s): WINFRED HOWARD AND JOSLYNN HOWARD

Name(s) of Trustee(s): LOUIS W. JENNINGS & LATISA M. HEAD

Face Amount of Note(s): $235000.00

Tax Map #: 089-4-19-0026

I/we, holder(s) of the above-mentioned note(s) secured by the above-mentioned deed of trust, do hereby certify that the same has/have been paid in full, and the lien therein created and retained is hereby released.

GIVEN UNDER MY/OUR HAND(S) THIS 14th day of June, 2019.

Navy Federal Credit Union

By: 

Jeffrey Scott Keogler, Authorized Agent

STATE OF Minnesota ）

COUNTY Ramsey ） SS

*U06982667*

Subscribed, sworn to and acknowledged before me by Jeffrey Scott Keogler, Authorized Agent this 14th day of June, 2019.

Shoua Lee, Notary Public
My Commission expires: January 31, 2022

SHOUA LEE
Notary Public-Minnesota
My Commission Expires Jan 31, 2022

VIRGINIA:
IN THE CLERK'S OFFICE OF THE CIRCUIT COURT
This certificate was presented, and with the Certificate annexed, admitted to record on _____ at _____ o'clock _____.m.

Clerk's fees: $_____ have been paid.

Attest: _____, Deputy Clerk

Instrument Prepared By:
Jeff Keogler
1260 Energy Lane
St. Paul, MN 55108

When Recorded Return To:
Indecomm Global Services
As Recording Agent Only
1260 Energy Lane
St. Paul, MN 55108

Loan: 8010554825
Package: 81298641
Document: 6982667

06/17/2019
RECORDED FAIRFAX CO VA
TESTE: _____
CLERK

2018030068.001                     BK 25426 1303                     05/29/2018 11:40:38

Fairfax County Circuit Court, DMZ Cover Sheet Application v2.3                     Page 1 of 1

# Fairfax County Circuit Court
## DMZ Cover Sheet Application v2.3



| Consideration | 0 | | Consideration/Actual Value % | 100 | |
|---|---|---|---|---|---|
| Actual/Assessed | 0 | Tax Exemption | | Amount Not Taxed | |
| Code Section | | | | | |
| DEM Number | | | Tax Map Number | 089-4- -19- -0026- | |
| Original Book | | | Original Page | | |
| Title Company | 0 | | | Title Case | |
| Property Descr. | 7251 WHITLERS CREEK DRIVE SPRINGFIELD VA 22152 | | | Multiple Lots? | NO |
| Return To Party Name: | HENRY W. MCLAUGHLIN, ATTORNEY AT LAW | | Address: | 707 EAST MAIN ST. SUITE 1050, RICHMOND, VA 23219 | |
| Certified | NO | Copies | 0 | Page Range | |

**Instruments**
  LIS PENDENS

**Grantor(s)**
  NAVY FEDERAL CREDIT UNION_F_N, HOWARD, WINFRED_I_N, HOWARD, JOSLYNN_I_N

**Grantee(s)**
  NAVY FEDERAL CREDIT UNION_F_N, HOWARD, WINFRED_I_N, HOWARD, JOSLYNN_I_N

BK 25426 1304

Parcel ID# 089-4-19-0026

**VIRGINIA:**

> **IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**
> **Civil Division**
> 400 North Ninth Street
> Richmond, Virginia 23219

**JOSLYNN HOWARD**
**WINFRED HOWARD**

                                 Plaintiffs,

v.                                                 Case Number CL18 *2680-2*

**NAVY FEDERAL CREDIT UNION,**

                                 Defendant.

Know all persons that Joslynn Howard ("Howard") one of the plaintiffs in the hereinabove styled case, does hereby give notice of *lis pendens* by this memorandum to be filed in the Clerk's Office of Circuit Court of Fairfax County, Virginia on July 5, 2017, which sets forth the following:

There is now pending in the Circuit Court for the City of Richmond, Virginia, a certain action, the style of which is *Joslynn Howard and Winfred Howard v Navy Federal Credit Union*, Case No: 18 *2680-2* the general object of which is to seek a declaratory judgment that (a) Navy Federal Credit Union ("Navy Federal") is not entitled to a foreclosure of the home located at 7251 Whitler Creek Drive, Springfield, Virginia 22152 ("the home") at 9: a.m. on May 30, 2018; (b) Commonwealth Asset Trustees ("Commonwealth Asset") is not empowered to conduct a foreclosure of the home and that time and on that date and is prohibited from doing do by the deed of trust; and (c) any foreclosure of the home at 9 a.m. on May 30, 2018 would be void or voidable.

1

BK 25426 1305

Parcel ID# 089-4-19-0026

The grounds of the lawsuit include that no creditor ever sent a cure notice in compliance with paragraph 22 of the deed of trust to Howard or her husband, Winfred (collectively "the Howards") and therefore no creditor has gained the right to foreclose on the home. The grounds of the lawsuit also include that Commonwealth Asset is fiduciary for both the lender and the borrower, and if Commonwealth Asset is advised of a good faith challenge to a foreclosure, then under *Bemer v. Bitner*, 44 Va. Cir. 505 (Fairfax Cir. Ct. 1996) Commonwealth Asset should cancel the foreclosure and seek the guidance of a court of competent jurisdiction.

The home is the real estate affected by the said lawsuit, and Howard and her husband, Winfred, are owners of the real estate.

Witness my hand this 29 day of May, 2018

*Winfred Howard*
Winfred Howard
7251 Whitler Creek Drive
Springfield, VA 22152

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Winfred Howard, properly identified to me, signed and acknowledged the foregoing before me in the above county and state on May 24, 2018

Notary Public

My commission expires on 07/31/2021

John Nguyen
Notary Public
Commonwealth of Virginia
ID #7559888
My Commission Expires
July 31, 2021

2

A COPY TESTE:
JOHN T. FREY, CLERK

BY: _____
Deputy Clerk

05/29/2018



P A Y O F F

** **Do Not Photocopy**

** **For Mortgage Use Only**

** **Email ImageScanning@navyfederal.org anytime if this coversheet needs to be revised or if you have questions.**

## *PAYOFF*
**Payoff Package**

Scan under
MP MTG REC VAR AUTO

Updated: 2/11/2010



8 0 1 0 5 5 4 8 2 5

### CASHIERING ADVICE

**May 22, 2019**

**Loan No. 8010554825**
**Investor Code:  010**
**Loan Type:  Conventional**
**Mortgagor's Name:  Winfred Howard**
**Property Address:  7251 Whitlers Creek**
**Springfield VA 22152**

**These figures are due to May 22, 2019.**
**This loan is due for the October 01, 2013 payment.**

| | | |
|---|---|---:|
| **Principal Balance** | **$** | **195,138.30** |
| **Interest at  5.87500%** | | **65,624.07** |
| **Less Current Escrow Balance** | | **-215.89** |
| **Repymt Closing Cost** | | **.00** |
| **Recoverable Balances** | | **12,810.05** |

**\* \* \* \* \*  TOTAL AMOUNT TO PAY LOAN IN FULL \* \* \* \*  $      273,356.53**

**Per Diem Interest                                          $      31.41**
**Next Payment Due                              October 01, 2013**

**XP996-015/EGR**

# PAYOFF MEMO

**DATE:** 5/22/2019

| | | | |
|---|---|---|---|
| **NAME:** | HOWARD | | |
| **LOAN#:** | 8010554825 | **TO:** | MORTGAGE SERVICING |
| **TRANS TYPE:** | NON FORECLOSURE PAYOFF | **FROM:** | Jodie Brown  X42449 |

Please pay off the above loan as of May 22, 2019 Attached is the proceed (check)s in the amount of $273,356.53. Please apply funds as follows:

| | | |
|---|---|---|
| **Principle Balance:** | $ | 195,138.30 |
| **Interest thru** 5/22/2019 | $ | 65,624.07 |
| **Escrow Balance** | $ | (215.89) |
| **Total Fees** | $ | - |
| **late charges** | $ | - |
| **NSF FEES** | $ | - |
| **other fees** | $ | - |
| **Recoverable Balance** | $ | 12,810.05 |
| **Total To Payoff** | | $273,356.53 |

**Please post the following to recoverable balance:**

| Payee | Payee Code | Rsn Code | Tran Code | Amount |
|---|---|---|---|---|
| 05R00 | SYKESBOURD | BKAT | 710 | $3,666.97 |
| 05R00 | SYKESBOURD | BKLT | 710 | $200.00 |
| 05R00 | SYKESBOURD | FORC | 712 | $527.00 |
| 05R00 | SYKESBOURD | FCCT | 710 | $2,497.50 |
| 05R00 | SYKESBOURD | FCCT | 712 | $2,332.68 |
| 05R00 | SYKESBOURD | ATTF | 710 | $1,710.00 |
| 05R00 | | GLTF | 713 | $1,875.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| **Total Recoverable Balance** | $ | 12,810.05 |

| | | |
|---|---|---|
| **FUNDS BACK TO MEMBER** | | |

| | | |
|---|---|---|
| **Payoff Total:** | | $273,356.53 |

**DO NOT RELEASE NOTE**
**OK TO RELEASE LIEN**



## MSP® Explorer: Payoff Calculation Totals (PAY4)
### 346 -.   N A V Y  F E D E R A L  C R E D I T  U N I O N

**Loan Number:** 8010554825                                **Borrower Name:** HOWARD,WINFRED

```
PAY4 8010554825     AS-OF 05/22/19  PAYOFF CALCULATION TOTALS 05/21/19  08:15:08
NAME W  HOWARD    CONTACT NAME WINFRED HOWARD
---------------------------------------------------------------------------
PRINCIPAL BALANCE        195,138.30    ---------- RATE CHANGES ----------
INTEREST 05/22/19         65,624.07  CALC  INT FROM      RATE        AMOUNT
PRO RATA MIP/PMI                .00        09/01/13    5.87500      65,624.07
ESCROW ADVANCE                  .00        05/22/19
ESCROW BALANCE              215.89-
SUSPENSE BALANCE                .00
HUD BALANCE                     .00
REPLACEMENT RESERVE             .00
RESTRICTED ESCROW               .00
TOTAL-FEES                      .00  W 1
ACCUM LATE CHARGES              .00
ACCUM NSF CHARGES               .00
OTHER FEES DUE                  .00
PENALTY INTEREST                .00
FLAT/OTHER PENALTY FEE          .00     TOTAL INTEREST        65,624.07
CR LIFE/ORIG FEE RBATE          .00     TOTAL TO PAYOFF      273,356.53
RECOVERABLE BALANCE       12,810.05  NUMBER OF COPIES: 1    PRESS PF1 TO PRINT

---------------------------------------------------------------------------
```

**Comments:**

NON-FORECLOSURE PAYOFF

********PLEASE SEE PAYOFF MEMO***************

OKAY TO RELEASE LIEN
DO NOT RELEASE NOTE

Name: Howard
Loan: 8010554825

| | Int Rate | 5.875% |
|---|---|---|
| | PTR | 5.625% |

| P & I | INT RATE | PTR | DUE DATE | PRINCIPAL BALANCE | INTEREST | PTR INTEREST | PYT NO |
|---|---|---|---|---|---|---|---|
| $ 1,390.11 | | | | $ 195,138.30 | | | |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 1 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 2 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 3 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 4 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 5 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 6 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 7 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 8 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 9 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 10 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 11 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 12 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 13 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 14 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 15 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 16 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 17 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 18 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 19 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 20 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 21 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 22 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 23 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 24 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 25 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 26 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 27 |
| $ 1,390.11 | 5.875% | 5.625% | | $ 195,138.30 | $ 955.36 | $ 914.71 | 28 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 29 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 30 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 31 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 32 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 33 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 34 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 35 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 36 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 37 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 38 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 39 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 40 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 41 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 42 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 43 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 44 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 45 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 46 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 47 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 48 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 49 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 50 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 51 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 52 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 53 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 54 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 55 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 56 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 57 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 58 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 59 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 60 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 61 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ | 955.36 | $ 914.71 | 62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 63 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 64 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 65 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 66 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 67 |
| $ 1,390.11 | 5.875% | 5.625% | $ 195,138.30 | $ 955.36 | $ 914.71 | 68 |

$64,964.48      $62,200.28
**Total Int**      **Total PTR**

*Total interest*

*$64,964.48 + $659.59 = $65,624.07*

## MSP® Explorer: Payoff Information (PMPO)

### 346 -.   N A V Y  F E D E R A L  C R E D I T  U N I O N

Loan Number: 8010554825                                      Borrower Name:  HOWARD,WINFRED

```
PMPO 8010554825    GRP 8CR    PAID IN FULL AS OF 05/22/19    05/21/19  12:30:06
NAME W  HOWARD      BILL MODE 9          LOAN TP 13   CONV. RES.
DUE 10/01/13 INV 010  PERSON CD L  PMT LC  55.60 MIN LC   .01 STATE 45 VA
----------------------------PAYOFF PROCESSING----------------------------
   PRINCIPAL          RES ESC BAL            SUB CD    PAYT     TO SUSP
   INTEREST              HUD BAL            LASER AC    DATE         SRC
   MIP/PMI           PENALTY INT            HI TYPE         DQ PO?
   ESCR ADV          PEN SVC FEE
   ESCR BAL          FEE REBATE
   SUSP BAL          RECOVER BAL            PIF CK AMT
REP RES BAL          TOTAL FEES             PIF TOTAL
----------------------------------------------------------------------------
OVR GROUP 8CR USED BY EGR FOR PMPO,    1 ITEMS, OPEN.
LAST TRANSACTION: 8010554825    FOR    $4407.50

-- 1~TRAN---------------- CASH/ADVANCE TRANSACTIONS------------(PF8: FORWARD)
GRP 8CR  USER EGR  052219 PMPO 081 PAYOFF
  TO SUSP OVR  HI TP SUB CD  PAYT    EXC CD/DATE  PAID TO  ----- LASER -----
                     1       P       PF                    052219
   AMT RECVD  PRINCIPAL   INTEREST(-) PEN INT(-) PEN FEE   ESCROW(-) SUSPENSE(-)
   260546.48  195138.30  65624.07+                         215.89-
   REP RES(-)   FEE & CD     FEE & CD     FEE & CD    FEE & CD DEDUCT REBATE
```





ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE_____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

RS-52
The security features listed below, as well as those
* not listed, exceed industry guidelines.

Security Features:                Results of document alteration:
MicroPrint Line                   - MP Small type in line appears
                                    as dotted line when photocopied
Chemically Sensitive Paper        - Stains or spots may appear with
                                    chemical alteration
Security Screen                   - Absence of "Original Document"
                                    verbiage on back of check

® Padlock design is a certification mark of the Check Payment Systems Association

*  F E D E R A L  R E S E R V E  B O A R D  O F  G O V E R N O R S  R E G.  C C

019003649.001                          BK 25641 0265                    01/22/2019 15:15:16

# Fairfax Circuit Court Coversheet Generator

## Cover Sheet Page 1 of 1



| Consideration | | Consideration/Actual Value % | 100 | |
|---|---|---|---|---|
| Actual/Assessed | Tax Exemption | NONE | Amount Not Taxed | |
| Code Section | | | | |
| DEM Number | | Tax Map Number | 089-4- -19- -0026- | |
| Original Book | | Original Page | | |
| Title Company | NONE | | Title Case | |
| Property Descr. | 7251 WHITLER CREEK DRIVE, SPRINGFIELD VIRGINIA | | Multiple Lots? | NO |
| Return To Party Name: | LAW OFFICE OF HENRY MCLAUGHLIN | Address: | 707 E MAIN ST. STE 1050, RICHMOND VA 23219 | |
| No. of Certified Copies | 0 No. of Non-certified Copies | 0 | Page Range | |

### Instruments
LIS PENDENS

### Grantor(s)
HOWARD, JOSLYNN_I_N, HOWARD, WINFRED_I_N

### Grantee(s)
HOWARD, WINFRED_I_N, HOWARD, JOSLYNN_I_N

BK 25641 0266

Parcel ID# 089-4-19-0026

**V I R G I N I A:**

**IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**
Civil Division
400 North Ninth Street
Richmond, Virginia 23219

**JOSLYNN HOWARD**
**WINFRED HOWARD**

                                Plaintiffs,

v.                                         Case Number CL19 _000356 -00_

**NAVY FEDERAL CREDIT UNION,**

                                Defendant.

### MEMORANDUM OF LIS PENDENS

Know all persons that Joslynn Howard ("Howard") one of the plaintiffs in the hereinabove styled case, does hereby give notice of *lis pendens* by this memorandum to be filed in the Clerk's Office of Circuit Court of Fairfax County, Virginia on January 22, 2019, which sets forth the following:

There is now pending in the Circuit Court for the City of Richmond, Virginia, a certain action, the style of which is *Joslynn Howard and Winfred Howard v Navy Federal Credit Union,* Case No. 19 _000356-00_ the general object of which is to seek a declaratory judgment that (a) Navy Federal Credit Union ("Navy Federal") iis not entitled to a foreclosure at 9 a.m. on January 23, 2019 of the home of Howard ("the home") located at 7251 Whitler Creek Drive, Springfield, Virginia 22152.; (b) Commonwealth Asset Trustees, LLC ("Commonwealth Asset") is not empowered to conduct a foreclosure of the home and that time and on that date and is prohibited from doing do by the deed of trust; and (c) any foreclosure of the home at 9 a.m. on January 23, 2019 would be void or voidable.

1

BK 25641 0267

Parcel ID# 089-4-19-0026

The grounds of the lawsuit include that no creditor ever sent a proper cure notice in compliance with paragraph 22 of the deed of trust to Howard or her husband, Winfred Howard and therefore no creditor has gained the right to foreclose on the home. The grounds of the lawsuit also include that Commonwealth Asset is fiduciary for both the lender and the borrower, and if Commonwealth Asset is advised of a good faith challenge to a foreclosure, then under *Bemer v. Bitner*, 44 Va. Cir. 505 (Fairfax Cir. Ct. 1996) Commonwealth Asset should cancel the foreclosure and seek the guidance of a court of competent jurisdiction.

The home is the real estate affected by the said lawsuit, and Howard and her husband, Winfred Howard are owners of the home. .

Witness my hand this 22nd day of January, 2019

Joslynn Howard
7251 Whitler Creek Drive
Springfield, VA 22152

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Joslynn Howard, properly identified to me, signed and acknowledged the foregoing before me in the above county and state on January 22, 2019.

Notary Public

My commission expires on 07/31/2021

John Nguyen
Notary Public
Commonwealth of Virginia
ID #7559888
My Commission Expires
July 31, 2021

Prepared by Henry W. McLaughlin,
Law Office of Henry McLaughlin, P.C.
707 East Main Street, Ste 1050
Richmond, Virginia 23219

2

01/22/2019
RECORDED FAIRFAX CO VA
TESTE: Y. J. Frey

2018030068.001        BK 25426 1303        05/29/2018 11:40:38

Fairfax County Circuit Court, DMZ Cover Sheet Application v2.3        Page 1 of 1

# Fairfax County Circuit Court
## DMZ Cover Sheet Application v2.3



| Consideration | 0 | | Consideration/Actual Value % | 100 | |
|---|---|---|---|---|---|
| Actual/Assessed | 0 | Tax Exemption | | Amount Not Taxed | |
| Code Section | | | | | |
| DEM Number | | | Tax Map Number | 089-4- -19- -0026- | |
| Original Book | | | Original Page | | |
| Title Company | 0 | | | Title Case | |
| Property Descr. | 7251 WHITLERS CREEK DRIVE SPRINGFIELD VA 22152 | | | Multiple Lots? | NO |
| Return To Party Name: | HENRY W. MCLAUGHLIN, ATTORNEY AT LAW | | Address: | 707 EAST MAIN ST. SUITE 1050, RICHMOND, VA 23219 | |
| Certified | NO | Copies | 0 | Page Range | |

**Instruments**
    LIS PENDENS

**Grantor(s)**
    NAVY FEDERAL CREDIT UNION_F_N, HOWARD, WINFRED_I_N, HOWARD, JOSLYNN_I_N

**Grantee(s)**
    NAVY FEDERAL CREDIT UNION_F_N, HOWARD, WINFRED_I_N, HOWARD, JOSLYNN_I_N

BK 25426 1304

Parcel ID# 089-4-19-0026

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**
**Civil Division**
400 North Ninth Street
Richmond, Virginia 23219

**JOSLYNN HOWARD**
**WINFRED HOWARD**

                                        Plaintiffs,

v.                                                Case Number CL18 $2680$-$2$

**NAVY FEDERAL CREDIT UNION,**

                                        Defendant.

Know all persons that Joslynn Howard ("Howard") one of the plaintiffs in the

hereinabove styled case, does hereby give notice of *lis pendens* by this memorandum to be

filed in the Clerk's Office of Circuit Court of Fairfax County, Virginia on July 5, 2017, which

sets forth the following:

There is now pending in the Circuit Court for the City of Richmond, Virginia, a

certain action, the style of which is *Joslynn Howard and Winfred Howard v Navy Federal*

*Credit Union,* Case No: 18 $2680$-$2$ the general object of which is to seek a

declaratory judgment that (a) Navy Federal Credit Union ("Navy Federal") is not entitled to

a foreclosure of the home located at 7251 Whitler Creek Drive, Springfield, Virginia 22152

("the home") at 9: a.m. on May 30, 2018; (b) Commonwealth Asset Trustees

("Commonwealth Asset") is not empowered to conduct a foreclosure of the home and that

time and on that date and is prohibited from doing do by the deed of trust; and (c) any

foreclosure of the home at 9 a.m. on May 30, 2018 would be void or voidable.

1

BK 25426 1305

Parcel ID# 089-4-19-0026

The grounds of the lawsuit include that no creditor ever sent a cure notice in compliance with paragraph 22 of the deed of trust to Howard or her husband, Winfred (collectively "the Howards") and therefore no creditor has gained the right to foreclose on the home. The grounds of the lawsuit also include that Commonwealth Asset is fiduciary for both the lender and the borrower, and if Commonwealth Asset is advised of a good faith challenge to a foreclosure, then under *Bemer v. Bitner,* 44 Va. Cir. 505 (Fairfax Cir. Ct. 1996) Commonwealth Asset should cancel the foreclosure and seek the guidance of a court of competent jurisdiction.

The home is the real estate affected by the said lawsuit, and Howard and her husband, Winfred, are owners of the real estate.

Witness my hand this 29 day of May, 2018

Winfred Howard
7251 Whitler Creek Drive
Springfield, VA 22152

**COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX**

Winfred Howard, properly identified to me, signed and acknowledged the foregoing before me in the above county and state on May 29, 2018

Notary Public

My commission expires on 07/31/2021

John Nguyen
Notary Public
Commonwealth of Virginia
ID #7559888
My Commission Expires
July 31, 2021

2

05/29/2018
RECORDED FAIRFAX CO VA
TESTE: ___ J. Frey
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

Winfred Howard
and
Joslynn Tonjua Howard

Plaintiff(s),

v.

Navy Federal Credit Union

Defendant(s).

Civil Action Number: 1:22 CV954

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint_____.
(Title of Document)

Joslynn Howard
Name of Pro Se Party (Print or Type)

Joslynn Howard
Signature of Pro Se Party

Executed on: _8/19/2022_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)

2022 AUG 19 P 2:33   FILED